IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A SAMUEL'S CHRISTIAN HOME CARE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTER FOR MEDICARE AND )<br>MEDICAID SERVICES, MICHELE CLINTON, )<br>LAUREN REINERTSEN, WARREN ALBERT, )<br>LINN DAWN, and LINDA CHAMBERLAIN, )<br>)<br>Defendants. ) | Civil Action No. 21-1143 |

## JUDGMENT ORDER

AND NOW, this 1st day of May 2024, the Court having now dismissed all claims in Plaintiff's Complaint by its Memorandum Order (Docket No. 31) and its Order (Docket No. 33),

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

Cc/ecf:      All counsel of record

A SAMUEL'S CHRISTIAN HOME CARE (via U.S. Mail)
C/O Ebenezer M. Singha
309 Huron Street
Industry, PA 15052